IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM F. YOUNG, JR.                                                                    PETITIONER
ADC #650486

V.                                        NO. 5:10-cv-00200 SWW

RAY HOBBS, Director,                                                                     RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety with prejudice. Furthermore, a certificate of appealability is denied, as Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2); Rule 11, Rules Governing § 2254 Cases in United States District Courts.

IT IS SO ORDERED this 31st day of May, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE